UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 71.100.60.23,<br><br>　　　　Defendant. | Civil Case No. 8:14-cv-01574-SDM-EAJ |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 71.100.60.23. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 22, 2014

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: __/s/ *M. Keith Lipscomb*__
　　　　　　　　　　　　　　　　　　　　　M. Keith Lipscomb (429554)
　　　　　　　　　　　　　　　　　　　　　klipscomb@lebfirm.com
　　　　　　　　　　　　　　　　　　　　　Lipscomb, Eisenberg & Baker, PL
　　　　　　　　　　　　　　　　　　　　　2 South Biscayne Boulevard
　　　　　　　　　　　　　　　　　　　　　Penthouse 3800
　　　　　　　　　　　　　　　　　　　　　Miami, FL  33131
　　　　　　　　　　　　　　　　　　　　　Telephone:  (786) 431-2228
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (786) 432-2229
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *M. Keith Lipscomb*
      M. Keith Lipscomb